UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY EUGENE VALDIVIA, | Case No. CV 16-6983-JC |
| Petitioner, | |
| v. | JUDGMENT |
| CYNTHIA Y. TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to this Court's Order (1) Granting Motion to Dismiss; and (2) Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: March 6, 2017

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE